ATTACHMENT NO. II(4)

| AO-10<br>Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Ethics Act of 1978, Pub. L. No.<br>95-521, November 30, 1989<br>(5 U.S.C.A. App. 6, 98101-113) |

| 1. Person Reporting (Last name, first, middle initial)<br>ECHOLS, ROBERT L. | 2. Court or Organization<br>United States District Court | 3. Date of Report<br>10/24/91 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Active | 5. Report Type (check appropriate type)<br>X Nomination, Date 10/22/91<br>X Initial ___ Annual ___ Final | 6. Reporting Period<br>January 1, 1990<br>to<br>October 24, 1991 |
| 7. Chambers or Office Address<br>1200 One Sovran Plaza<br>Nashville, TN 37239 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Board of Directors | Nashville Bar Association, 1986-1990 |
| Chairman, Alumni Advisory Council | University of Tennessee College of Law, 1978-1990 |

(Continued on Attachment 1-1)

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| Partner | Dearborn & Ewing (law firm partnership) |
| | Partnership Agreement dated January 1, 1991; See Attachment 1-1 for list of partners. |

(Continued on Attachment 1-1)

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1989 | Dearborn & Ewing (law firm) | $ 196,280 |
| | TN Army National Guard | $ 9,120 |
| | Terco Hardeight Drilling Program 1980-1 | $ 122 |
| | Rental Income (Commercial Bldg. on Utopia) | $ 20,234 |
| (Continued on Attachment 1-3) | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT L. ECHOLS | Date of Report<br>10/24/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X  NONE  (No such reportable reimbursements or gifts) | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X  NONE  (No such reportable gifts) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.
(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE  (No reportable liabilities) | | |
| 1 Northwestern Mutual Life Insurance | Loan against life insurance, cash values | J |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
  N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT L. ECHOLS | Date of Report<br>10/24/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Please "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period<br>EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method,<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | If not exempt from disclosure | | |
| | | | | | | | (2)<br>Date;<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain;<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | E X E M P T | | | | |
| J | 1 Cash | C | Int | K | W | | | | | |
| J | 2 Life Insurance<br>(cash surrender value) | A | Div | K | W | | | | | |
| J | 3 Securities: | | | | | | | | | |
| J | 4 100 shares c/s<br>Sovran/C&S bank | A | Div | J | T | | | | | |
| J | 5 1500 shares c/s<br>Bank of Nashville | -0- | none | J | W | | | | | |
| J | 6 22,416 shares c/s<br>Cordova Bancshares | -0- | none | M | W | | | | | |
| J | 7 300 shares c/s<br>Shoney's Inc. | -0- | none | J | T | | | | | |
| J | 8 1,000 shares c/s<br>Cooker Restaurant Corp. | -0- | none | J | T | | | | | |
| J | 9 300 shares c/s, Cracker<br>Barrell Old Cty. Store | A | Div | J | T | | | | | |
| J | 10 20,000 bonds, Metro.<br>Nash. TN Airport Auth. | C | Div | K | T | | | | | |
| J | 11 50,000 bonds, Fed. Home<br>Loan Mtg. Corp. | D | Div | K | T | | | | | |
| J | 12 2,575 bonds, MFS Munic.<br>Bond Tr. Fund | B | Div | K | W | | | | | |
| S | 13 510 shares c/s<br>Dominion Bank | A | Div | J | T | | | | | |
| J | 14 Real Estate: | | | | | | | | | |
| J | 15 Commercial Building | E | Rent | M | W | | | | | |
| J | 16 Commercial Building<br>(12.6% partnership int.) | D | Part.<br>Dist. | N | W | | | | | |
| J | 17 Residential House<br>(33.33% interest) | -0- | none | M | W | | | | | |
| | 18 Other Assets: | | | | | | | | | |
| J | 19 Dearborn & Ewing Retire-<br>ment Plan (Keogh) | E | Int./<br>Contri. | N | W | | | | | |
| J | 20 Dearborn & Ewing<br>401(k) Savings Plan | D | Int./<br>Contri. | D | W | | | | | |

| 1 Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to 5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>ROBERT L. ECHOLS | Date of Report<br>10/24/91 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

VII. Investments and Trusts (continued)

|   |   | Amt. | Type | Value | Method | E X E M P T |
|---|---|---|---|---|---|---|
| J | Dearborn & Ewing<br>(Partner's Capital Account) | -0- | none | K | U |   |
| J | Home Furnishings | -0- | none | K | W |   |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date ___10/24/91___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

ROBERT L. ECHOLS, 10/24/91

FINANCIAL DISCLOSURE REPORT
(Continued)
ATTACHMENTS

I. **POSITIONS**. (Continued)

| Position | Name of Organization/Entity |
|---|---|
| Dean's Circle | University of Tennessee College of Law, 1989 - date. |
| Trustee Liaison | University of Tennessee College of Law, 1990 - date. |
| Chairman, Advisory Board | Cordova Bank & Trust, 1989 - date. |
| Board of Trustees Chairman Athletics Committee | Brentwood Academy, 1984 - 1989. |
| Chairman, Annual Fund Class | Montgomery Bell Academy, 1990. |
| Board of Directors | Family & Children's Service, 1980 - 1989. |
| Secretary, Board of Directors | Robertson County Memorial Gardens, 1982 - date. |
| Secretary, Board of Directors | Hart County Creameries, Inc., 1980 - date. |

II. **AGREEMENTS**. (Continued)

1. **Dearborn & Ewing Partnership Agreement** (law firm)

    Parties:  William Dearborn, Esq.
              Robert J. Warner, Jr., Esq.
              F. Clay Bailey, Jr., Esq.
              Robert L. Echols, Esq.
              Martin E. Simmons, Esq.
              John E. Gillmor, Esq.
              Joseph N. Barker, Esq.
              H. Frederick Humbracht, Jr., Esq.
              Edwin S. Pyle, Esq.
              Stephen C. Baker, Esq.
              William W. Earthman III, Esq.
              James L. McElroy, Esq.
              James E. Anderson, Jr., Esq.
              Donald W. Jones, Esq.
              M. Clark Spoden, Esq.

1-1

Digitized by Google